IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

KARAM S. SETHI,
:   Plaintiff,
:
v.                                                              :        1:05-CV-118(WLS)
:
GORDON R. ENGLAND, et al.,       :
        Defendants.                                 :

### ORDER

Defendants have filed motions to dismiss. (Docs. #7 &8).  Upon review of the case file, the Court notes Plaintiff filed this action *pro se*. In cases such as this, where a motion to dismiss is filed against a party who is proceeding *pro se*, it is the Court's practice to inform the *pro se* party, in writing, of both the requirements surrounding a motion to dismiss and the potential consequences for failure to properly respond. The Court deems it appropriate and necessary to take this opportunity to do so in order to insure that a *pro se* plaintiff receives adequate notice (1) that a motion to dismiss has been filed against him/her, (2) that he/she has the right to oppose the granting of said motion, and (3) that failure to oppose said motion may result in a final judgment being rendered against him/her, the Plaintiff is NOTIFIED as follows:

Rule 12(b) of the Federal Rules of Civil Procedure provides that the following defenses may be presented by motions to dismiss:

> (1) lack of jurisdiction over the subject matter; (2) lack of jurisdiction over the person; (3) improper venue; (4) insufficiency of process; (5) insufficiency of service of process; (6) failure to state a claim upon which relief can be granted; and (7) failure to join a party under Rule 19.

Under the procedures and policies of this Court, motions to dismiss are normally decided on briefs. The parties may submit their arguments to the Court by filing briefs in support of or briefs in opposition to such motions.

If a party fails or refuses to file any materials in opposition to a motion to dismiss, a <u>FINAL</u> judgment may be rendered against that party if otherwise appropriate under the law. In that event, <u>there would be no trial or any further proceedings</u>.

-1-

Accordingly, it is hereby ORDERED that Plaintiff may file a responses (separately) to Defendants' motions to dismiss in accordance with Rule 12 of the Federal Rules of Civil Procedure no later than **DECEMBER 5, 2005**. Defendants shall have TEN (10) DAYS from the filing of Plaintiff's responses, if any, to submit a reply to the response. After the passage of THIRTY-FIVE (35) DAYS from the date of this Order, the Court will consider Defendants' motion to dismiss, any opposition to the same filed by Plaintiff, and any reply to Plaintiff's opposition filed by Defendants.

**SO ORDERED**, this _10th_ day of November, 2005

W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT